Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Joseph De Simone**

T: +1 212 506 2559
F: +1 212 849 5559
JDeSimone@mayerbrown.com

July 24, 2025

VIA ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

*Re:* *Torres v. Vestis Corporation et al., No. 1:25-cv-4844 (GHW)*

Dear Judge Woods:

Pursuant to Your Honor's Individual Rules, we write jointly on behalf of Plaintiff Cesar Torres ("Plaintiff") and Defendants Vestis Corporation ("Vestis"), Kimberly T. Scott, and Rick T. Dillon (together with Vestis, "Defendants," and collectively with Plaintiff, the "Parties") to request an adjournment of (i) Defendants' deadline to respond to the Complaint in the above-captioned action (the "Action"); and (ii) the deadlines set forth in the Court's Notice of Initial Pretrial Conference, dated June 10, 2025, including the initial pretrial conference currently scheduled for August 8, 2025 ("Existing Deadlines"). This is the first request for any adjournment or extension of time by any Party in this Action.

The Action is a putative securities class action on behalf of Vestis shareholders, seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act"). The Action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including those: (i) relating to appointment of a lead plaintiff, and (ii) automatically staying discovery and other proceedings upon the filing of a motion to dismiss. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(i)(II), any member of the putative class may move the Court for appointment as lead plaintiff in the Action on or before August 8, 2025.

The Parties anticipate that the putative class member that the Court ultimately appoints as lead plaintiff will file an amended complaint, and that Defendants will file a motion to dismiss such amended complaint. Accordingly, the Parties submit that requiring Defendants to respond to the current Complaint in the Action, attend the initial pretrial conference, or conduct a Rule 26(f) conference prior to the appointment of the lead plaintiff and the filing of an amended complaint would not be an efficient use of the Parties' and the Court's time and resources, particularly in light of the Defendants' anticipated motion to dismiss and accompanying stay under the PSLRA.

For the foregoing reasons, the Parties respectfully request that the Court enter an Order: (i) adjourning Defendants' deadline to answer or otherwise respond to the Complaint in this Action; (ii) adjourning the Existing Deadlines, including the initial pretrial conference scheduled for August

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master)
and Tauil & Chequer Advogados (a Brazilian law partnership).

8, 2025; and (iii) endorsing the other scheduling matters set forth in the Stipulation and [Proposed] Order, which the Parties are filing concurrently herewith for the Court's consideration and approval.

Respectfully submitted,

*/s/ Joseph De Simone*

Joseph De Simone

***Counsel for Defendants Vestis Corporation and Rick T. Dillon***

*/s/ Adam M. Apton*

Adam M. Apton
LEVI & KORSINSKY LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
aapton@zlk.com

***Counsel for Plaintiff***

*/s/ Matthew L. DiRisio*

Matthew L. DiRisio
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4686
MDiRisio@winston.com

***Counsel for Defendant Kimberly T. Scott***

cc: All counsel of record (via ECF)