USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CESAR TORRES, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

                  -v -

VESTIS CORPORATION, *et al.*,

                             Defendants.:

-----------------------------------------------------------------X

1:25-cv-4844-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On August 8, 2025, Movant Board of Trustees of the Police Officers Retirement Plan and Trust Fund for the City of Miramar and Movant Rodney Camp each filed a motion requesting appointment as lead plaintiffs and seeking approval of counsel. Dkt. Nos. 17, 20. Any opposition is due two weeks from the date of service of Movants' motions; and Movants' reply, if any, is due one week after the date of service of any such opposition.

      SO ORDERED.

Dated: August 10, 2025
New York, New York

                                                GREGORY H. WOODS
                                              United States District Judge