MEMORANDUM ENDORSED

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Joseph De Simone**
Partner
T: (212) 506-2500
F: (212) 849-5559
jdesimone@mayerbrown.com

August 19, 2026

VIA CM/ECF

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 519
New York, NY 10007

Re: *Board of Trustees of the Police Officers' Retirement Plan and Trust Fund for the City of Miramar v. Vestis Corp.*, No. 25-cv-4844

Dear Judge Gorenstein:

Pursuant to Rule 1F of Your Honor's Individual Rules, the Lead Plaintiff Board of Trustees of the Police Officers' Retirement Plan and Trust Fund for the City of Miramar ("Plaintiff") and Defendants Vestis Corporation and Kimberly T. Scott (together "Defendants") respectfully submit this joint letter application for an adjournment of the Rule 16(a) initial case management conference currently scheduled for August 28, 2026 (the "Conference") and the August 26, 2026 deadline to file a proposed scheduling order. *See* Dkt. 61.

Plaintiff has informed Defendants that it intends to file a letter, pursuant to the Court's Individual Practice 2.A., for pre-motion conference with respect to the Court's leave to file a Second Amended Complaint ("SAC"). Plaintiff represents that the proposed amendment concerns a limited issue relating to adding a second corrective disclosure. The parties therefore have conferred and respectfully request as follows:

- Plaintiff may file the letter for a pre-motion conference with respect to its application for leave to file the SAC within twenty (20) days of the date of this letter, and during this time period the parties will meet and confer with a view toward reaching an agreement on whether Defendants will consent to the motion for leave to file a SAC;

- The Conference currently scheduled for August 28, 2026 and the August 26, 2026 deadline to file a proposed scheduling order are adjourned.

Pursuant to Your Honor's Individual Rules, the parties called the Deputy Clerk to determine an alternative date for the Conference. Chambers provided September 29, 2026 at 11:00am as a proposed alternative. Accordingly, the parties jointly request the Court reschedule the Conference to September 29, 2026 at 11:00am.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master) and Tauil & Chequer Advogados (a Brazilian law partnership).

We thank the Court for its attention to this matter.

*/s/ Joseph De Simone*

Joseph De Simone
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
JDeSimone@mayerbrown.com

The proposed schedule is approved. The conference is adjourned to September 29, 2026, at 11:00 a.m. The proposed scheduling order is due September 25, 2026. The provisions of Docket # 61 otherwise apply.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 20, 2026