MEMORANDUM ENDORSED

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Joseph De Simone**
Partner
T: (212) 506-2500
F: (212) 849-5559
jdesimone@mayerbrown.com

September 4, 2026

VIA CM/ECF

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 519
New York, NY 10007

Re: *Board of Trustees of the Police Officers' Retirement Plan and Trust Fund for the City of Miramar v. Vestis Corp.*, No. 25-cv-4844

Dear Judge Gorenstein:

Pursuant to Rules 1E and 1F of Your Honor's Individual Rules, Lead Plaintiff Board of Trustees of the Police Officers' Retirement Plan and Trust Fund for the City of Miramar ("Plaintiff") and Defendants Vestis Corporation and Kimberly T. Scott (together "Defendants") respectfully submit this joint letter application for an adjournment of the Rule 16(a) initial case management conference currently scheduled for September 29, 2026 (the "Conference") and the September 25, 2026 deadline to file a proposed scheduling order. *See* Dkt. No. 63.

On September 3, 2026, Plaintiff filed a pre-motion letter seeking leave to file a Second Amended Class Action Complaint ("SAC"). Dkt. No. 64. If granted, Plaintiff's request for leave would give Defendants 30 days to either move to dismiss or answer the SAC. The parties have conferred and mutually agreed to seek a short adjournment of the Conference in light of the foregoing. This is the second request for an adjournment. *See* Dkt. No. 62.

Pursuant to Your Honor's Individual Rules, the parties called the Deputy Clerk to determine an alternative date for the Conference. Chambers provided October 14, 2026 at 11:00am as a proposed alternative. Accordingly, the parties jointly request that the Court reschedule the Conference for October 14, 2026 at 11:00am and adjust the parties' deadline to file a proposed scheduling order accordingly.

We thank the Court for its attention to this matter.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master) and Tauil & Chequer Advogados (a Brazilian law partnership).

*/s/ Joseph De Simone*

Joseph De Simone
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
JDeSimone@mayerbrown.com

*Counsel for Defendant Vestis Corporation*

*/s/ Matthew L. DiRisio*

Matthew L. DiRisio
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4686
MDiRisio@winstontaylor.com

*Counsel for Defendant Kimberly T. Scott*

*/s/ Gregory M. Potrepka*

Gregory M. Potrepka
LEVI & KORSINSKY LLP
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
gpotrepka@zlk.com

*Counsel for Lead Plaintiff*

cc: Hon. Gregory Woods (via ECF)
All counsel of record (via ECF)

The conference is adjourned to October 14, 2026 at 11:00 a.m. Proposed scheduling order is due October 9, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 8, 2026